**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MAX-PLANCK-GESELLSCHAFT ZUR FÖRDERUNG DER WISSENSCHAFTEN e.V., a corporation organized under the laws of Germany; MAX-PLANCK-INNOVATION GMBH, a corporation organized under the laws of Germany; and ALNYLAM PHARMACEUTICALS, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation; BOARD OF TRUSTEES OF THE UNIVERSITY OF MASSACHUSETTS, a Massachusetts corporation,<br><br>     Defendants. | Civil Action No. 2009-11116-PBS |

## **DECLARATION OF SANDRA L. HABERNY**

I, Sandra L. Haberny, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel to plaintiffs Max-Planck-Gesellschaft zur Förderung der Wissenschaften e.V. ("Max Planck Society"), Max-Planck-Innovation GmbH ("Max Planck Innovation," and, together with Max Planck Society, "Max Planck"), and Alnylam Pharmaceuticals, Inc. ("Alnylam," and together with Max Planck "Plaintiffs"). I am a member in good standing of the State Bar of California, and have been admitted to the Bar of this Court for the purpose of this litigation. I submit this declaration in connection with Plaintiffs' Motion for Summary Judgment Against Whitehead Institute for Biomedical Research ("Whitehead") and the University of Massachusetts ("UMass"). I have

2300640

personal knowledge of the matters set forth in this declaration and, if called as a witness, could testify to its contents.

2. Attached hereto as Exhibit 1 is a true and correct copy of the September 19, 2001 Joint Invention and Joint Marketing Agreement, bearing Bates Nos. UMASS0006066-6072.

3. Attached hereto as Exhibit 2 is a true and correct copy of the May 2001 Inventor Declarations for Patent Application, signed by Thomas Tuschl, Phillip Zamore, Phillip Sharp and David Bartel, filed in U.S. Patent Application No. 09/821,832, bearing Bates Nos. WGS-014422 – 433.

4. Attached hereto as Exhibit 3 is a true and correct copy of the July 19, 2007 Assignment Document filed with U.S. Patent Application No. 09/821,832, bearing Bates Nos. LAHIVE0005004-5015.

5. Attached hereto as Exhibit 4 is a true and correct copy of the July 30, 2003 Joint Invention and Joint Marketing Agreement for RNAi Therapeutic Purposes, bearing Bates Nos. MIT-0015687-15695.

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent Application No. 10/433,050 (the "'050 application"), bearing Bates Nos. RFEM0002053-2112.

7. Attached hereto as Exhibit 6 is a true and correct copy of European Patent Application No. 00126325.0, bearing Bates Nos. WW0000509-598.

8. Attached hereto as Exhibit 7 is a true and correct copy of the first page of U.S. Patent Application Nos. 10/433,050; 10/832,248; 10/832,257; 10/832,432; 11/142,865; 11/142,866; 11/634,129; 11/634,138; and 12/260,443.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the November 24, 2009 Deposition of Phillip D. Zamore.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Curriculum Vitae of Phillip D. Zamore, bearing Bates Nos. WHITEHEAD-00050572-574.

11. Attached hereto as Exhibit 10 is a true and correct copy of the USPTO Patent Assignment Assignor Details for Phillip D. Zamore, available at the USPTO web page at http://assignments.uspto.gov/assignments/q?db=pat&asnrd=ZAMORE,%20PHILLIP%20D.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the November 23, 2009 Deposition of David P. Bartel.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Curriculum Vitae of David P. Bartel, bearing Bates Nos. WHITEHEAD00032881-883.

14. Attached hereto as Exhibit 13 is a true and correct copy of the USPTO Patent Assignment Assignor Details for David P. Bartel, available at the USPTO web page at http://assignments.uspto.gov/assignments/q?db=pat&asnrd=BARTEL,%20DAVID%20P.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the November 30, 2009 Deposition of Phillip A. Sharp.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Curriculum Vitae of Phillip Sharp, available on the Sharp Lab Web Page at http://web.mit.edu/sharplab/cv.html.

17. Attached hereto as Exhibit 16 is a true and correct copy of the USPTO Patent Assignments Assignor Details for Phillip A. Sharp, available at the USPTO web page at http://assignments.uspto.gov/assignments/q?db=pat&asnrd=SHARP,%20PHILLIP%20A.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the November 6, 2009 Deposition of Thomas Tuschl.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the November 20, 2009 Deposition of Sayda M. Elbashir.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the November 14, 2009 Deposition of Winfried Lendeckel.

21. Attached hereto as Exhibit 20 is a true and correct copy of the April 2, 2004 Revocation of Powers of Attorney and Appointment of New Attorneys and/or Agents and Change of Correspondence Address filed in USSN 09/821,832.

22. Attached hereto as Exhibit 21 is a true and correct copy of the September 3, 2009 USPTO Decision on Petition granting petition under 37 C.F.R. §§ 1.36(a) issued in U.S. Patent Application No. 09/821,832.

23. Attached hereto as Exhibit 22 is a true and correct copy of the February 22, 2001 email from Patricia Granahan to Torsten Mummenbrauer, bearing Bates No. MIT-0027208.

24. Attached hereto as Exhibit 23 is a true and correct copy of the November 13, 2003 letter from Weiss to Mummenbrauer, bearing prior docket number 67-2 in this case.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the November 17, 2009 Deposition of Patricia Granahan.

26. Attached hereto as Exhibit 25 is a true and correct copy of the November 11, 2004 Letter from Erselius to Pratt, attaching the November 5, 2004 Letter from Weiss to Beilhack and Erselius, bearing Bates Nos. WHITEHEAD-00010961-964.

27. Attached hereto as Exhibit 26 is a true and correct copy of the November 9, 2005 Letter from Murray to Lockhart, bearing Bates Nos. WHITEHEAD-00003329-331.

28. Attached hereto as Exhibit 27 is a true and correct copy of the January 13, 2006 Letter from Murray to Lockhart, bearing Bates Nos. WGS-002986-990.

29. Attached hereto as Exhibit 28 is a true and correct copy of the December 23, 2005 Letter from Pratt to Murray, bearing Bates No. MIT-0019760.

30. Attached hereto as Exhibit 29 is a true and correct copy of the January 24, 2006 Letter from Kitts to Lockhart and attached Declaration of Thomas Tuschl, bearing Bates Nos. WGS-002992-997.

31. Attached hereto as Exhibit 30 is a true and correct copy of the May 14, 2008 Information Disclosure Statement, filed in U.S Patent Application No. 09/821,832.

32. Attached hereto as Exhibit 31 is a true and correct copy of the January 23, 2008 Email from Mullins to Nelsen, bearing Bates Nos. MIT-0051432.

33. Attached hereto as Exhibit 32 is a true and correct copy of the April 18, 2008 Letter from Martin Mullins to Joern Erselius, bearing Bates Nos. MP0000188-189.

34. Attached hereto as Exhibit 33 is a true and correct copy of the June 28, 2007 Office Action filed in U.S. Patent Application No. 11/142,865.

35. Attached hereto as Exhibit 34 is a true and correct copy of the July 21, 2008 Office Action filed in the U.S. Patent Application No. 10/433,050.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the November 11, 2009 Deposition of Monica Gerber.

37. Attached hereto as Exhibit 36 is a true and correct copy of the Memorandum from Lockhart to Whitehead, bearing Bates No. WHITEHEAD0010955-10956, and accompanying metadata printout.

38. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the January 15, 2010 Transcript of Motion Hearing Before the Honorable Judith G. Dein.

39. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the November 21, 2009 Deposition of Martin Mullins.

Executed on September 16, 2010, in Newport Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

*/s/ Sandra L. Haberny*
Sandra L. Haberny

**Certificate of Service**

I, Thomas F. Maffei, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 16, 2010.

/s/ Thomas F. Maffei
Thomas F. Maffei