UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAX-PLANCK-GESELLSCHAFT ZUR FÖRDERUNG DER WISSENSCHAFTEN E.V., MAX-PLANCK-INNOVATION GMBH, and ALNYLAM PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) ) | NO. 09-11116-PBS |
| WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH and BOARD OF TRUSTEES OF THE UNIVERSITY OF MASSACHUSETTS, | ) ) ) ) | |
| Defendants. | ) | |

# ORDER ON ALNYLAM'S MOTION
# TO COMPEL RETURN OF ATTORNEY INVOICES

This matter is before the court on "Alnylam's Motion to Compel Return of Unredacted Attorney Invoices Improperly Retained by Defendants" (Docket No. 409). After consideration of the parties' submissions and their oral arguments, the court hereby ORDERS as follows:

1. Alnylam's motion to compel is DENIED to the extent that it seeks the return or destruction of all unredacted attorney invoices that the plaintiff produced to the defendants. However, this court shall defer a final ruling on the motion in order to provide Alnylam with an opportunity, pursuant to the schedule set forth below, to establish that specific documents should be returned on the grounds that they are privileged.

2. By **October 1, 2010**, Alnylam shall file a supplement to its motion identifying any documents over which it is claiming a privilege.

3. The defendants shall file any response to Alnylam's supplemental filing by **October 15, 2010**.

4. A hearing regarding Alnylam's claims of privilege shall take place on **November 1, 2010 at 10:00 a.m.** in Courtroom #15 on the 5th floor.

                                              / s / Judith Gail Dein
                                              Judith Gail Dein
                                              United States Magistrate Judge

Dated: September 21, 2010