# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAX-PLANCK-GESELLSCHAFT ZUR FÖRDERUNG DER WISSENSCHAFTEN E.V., a corporation organized under the laws of Germany; MAX-PLANCK-INNOVATION GMBH, a corporation organized under the laws of Germany; and ALNYLAM PHARMACEUTICALS, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) **HEARING REQUESTED** |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2009-11116-PBS |
| WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation; BOARD OF TRUSTEES OF THE UNIVERSITY OF MASSACHUSETTS, a Massachusetts corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## MAX PLANCK'S MOTION TO COMPEL PRODUCTION OF COMMUNICATIONS INVOLVING WOLF GREENFIELD UNDER JOINT CLIENT RULE

Plaintiffs Max-Planck-Gesellschaft zur Förderung der Wissenschaften e.V. and Max-Planck-Innovation GmbH (collectively, "Max Planck") hereby move for an order compelling the production of all communications involving Wolf, Greenfield & Sacks, PC ("Wolf Greenfield") relating to the prosecution of the Tuschl I patent applications during the period when Max Planck was a joint client of Wolf Greenfield. The documents Max Planck is seeking to compel are identified in Exhibit 1 of the Declaration of Alan J. Heinrich submitted concurrently with this motion.

2309739

In support of this motion, Max Planck relies on the Memorandum in Support of Max Planck's Motion to Compel Production of Communications Involving Wolf Greenfield Under Joint Client Rule, the Declaration of Alan J. Heinrich and exhibits thereto, the complete records and files of this action, and such additional argument and evidence as may be presented to the Court.

WHEREFORE, Max Planck respectfully requests that the Court grant Max Planck's motion to compel the production of all communications involving Wolf Greenfield relating to the prosecution of the Tuschl I patent applications during the period when Max Planck was a joint client of Wolf Greenfield, which are identified in Exhibit 1 to the Declaration of Alan J. Heinrich, submitted concurrently with this motion.

## <u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.1(d), Max Planck requests oral argument on this motion.

Respectfully submitted,

Max-Planck-Gesellschaft zur Förderung der
Wissenschaften e.V.; Max-Planck-Innovation
GmbH; and Alnylam Pharmaceuticals, Inc.

By their attorneys

_/s/ Thomas F. Maffei_____
Thomas F. Maffei (BBO 313220)

Of counsel
Morgan Chu (70446) pro hac
David I. Gindler (117824) pro hac
Michael H. Strub, Jr. (153828) pro hac
Alan J. Heinrich (212782) pro hac
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010

Scott McConchie (BBO 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110
(617) 542-9900

Dated:  September 24, 2010


## Certificate of Compliance With Local Rule 37.1

The parties conferred in good faith in an attempt to resolve this dispute, as evidenced by Mr. Heinrich's declaration.  The parties have not, however, been able to resolve this dispute.

_/s/ Thomas F. Maffei_
Thomas F. Maffei

## <u>Certificate of Service</u>

I, Thomas F. Maffei, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 24, 2010.

*/s/ Thomas F. Maffei*
_____
Thomas F. Maffei
