IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAX-PLANCK-GESELLSCHAFT ZUR FÖRDERUNG DER WISSENSCHAFTEN E.V., a corporation organized under the laws of Germany; et al.,<br><br>         Plaintiffs,<br><br> v.<br><br>WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation; et al.,<br><br>         Defendants. | Civil Action No. 1:09-cv-11116-PBS |

## DECLARATION OF JAMES L. TUXBURY

I, James L. Tuxbury, on oath, depose and say as follows:

1. I am an attorney at the law firm of Williams & Connolly LLP, counsel to Defendant Whitehead Institute for Biomedical Research. I am a member in good standing of the Bar of the State of New York and the Bar of the District of Columbia, and have been admitted to the Bar of this Court for the purpose of this litigation. I submit this declaration in support of Defendant's Opposition to Max Planck's Motion to Compel Production of Communications Involving Wolf Greenfield.

2. Attached hereto as Exhibit 1 is a true and correct copy of the 2001 Joint Invention and Joint Marketing Agreement.

3. Attached hereto as Exhibit 2 is a true and correct copy of the 2003 Joint Invention and Joint Marketing Agreement.

4. Attached hereto as Exhibit 3 is a true and correct copy of the July 8, 2003 email from J. Maraganore to J. Maraganore.

5. Attached hereto as Exhibit 4 is a true and correct copy of the November 18, 2003 fax from Torsten Mummenbrauer at Patricia Granahan, which has previously been marked as Deposition Exhibit 644.

6. Attached hereto as Exhibit 5 is a true and correct copy of the May 11, 2010 Magistrate Judge Dein's Memorandum of Decision and Order.

7. Attached hereto as Exhibit 6 is a true and correct copy of the July 13, 2009 affidavit of Helen C. Lockhart.

8. Attached hereto as Exhibit 7 is a true and correct copy of the February 18, 2004 fax from Anne Collins to Torsten Mummenbrauer, which has previously been marked as Deposition Exhibit 1001.

9. Attached hereto as Exhibit 8 is a true and correct copy of the March 18, 2004 letter from Gabriele Jakobi to Anne Collins, which has previously been marked as Deposition Exhibit 1002.

10. Attached hereto as Exhibit 9 is a true and correct copy of the May 4, 2004 letter from H. Lockhart to T. Ittleson.

11. Attached hereto as Exhibit 10 is a true and correct excerpt from the deposition of Monica Gerber that took place on November 11, 2009.

12. Attached hereto as Exhibit 11 is a true and correct excerpt from the deposition of Martin Mullins that took place on November 21, 2009.

13. Attached hereto as Exhibit 12 is a true and correct excerpt from the deposition of Helen Lockhart that took place on November 24, 2009.

14. Attached hereto as Exhibit 13 is a true and correct excerpt of a December 16, 2009 Email from B. Tobin to Plaintiffs' counsel.

15. Attached hereto as Exhibit 14 is a true and correct copy of the September 17, 2004 email from Joern Erselius to John Pratt, which has previously been marked as Deposition Exhibit 215.

16. Attached hereto as Exhibit 15 is a true and correct copy of the June 1, 2006 email from Helen Lockhart to Monica Kitts, which has previously been marked as Deposition Exhibit 1005.

17. Attached hereto as Exhibit 16 is a true and correct copy of the December 10, 2008 email from Helen Lockhart to Monica Kitts, which has previously been marked as Deposition Exhibit 1003.

18. Attached hereto as Exhibit 17 are true and correct excerpts of Fenwick & West LLP invoices produced by Alnylam in this case.

19. Attached hereto as Exhibit 18 are true and correct excerpts of legal bills from Rothwell Figg, portions of which have previously been marked as Deposition Exhibit 442.

20. Attached hereto as Exhibit 19 is a true and correct copy of the September 14, 2010 decision of this Court in *Max Planck v. Wolf Greenfield*, Civ. Action No. 1:09-CV-11168-PBS.

21. Attached hereto as Exhibit 20 is a true and correct copy of the June 4, 2004 letter from Robert Murray to John Pratt, which has previously been marked Deposition Exhibit 590.

22. Attached hereto as Exhibit 21 are true and correct excerpts of the privilege log produced by Plaintiffs in this case.

4

23. Attached hereto as Exhibit 22 is a true and correct copy of the April 2004 Indemnification Agreement, which has previously been marked as Deposition Exhibit 122.

24. Attached hereto as Exhibit 23 is a true and correct excerpt from the deposition of Joern Erselius that took place on December 4 and December 5, 2009.

Signed under penalty of perjury this 15th day of October, 2010.

  /s/ James Tuxbury_____

James L. Tuxbury

**Certificate of Service**

        I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants on this 15th day of October, 2010.

                                                                                         /s/ Christopher Morrison
                                                                                       Christopher M. Morrison