UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAX-PLANCK-GESELLSCHAFT ZUR
FÖRDERUNG DER WISSENSCHAFTEN
E.V., MAX-PLANCK-INNOVATION
GMBH, and ALNYLAM
PHARMACEUTICALS, INC.,

                        Plaintiffs,

v.

WHITEHEAD INSTITUTE FOR
BIOMEDICAL RESEARCH,
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, and BOARD OF
TRUSTEES OF THE UNIVERSITY OF
MASSACHUSETTS,

                        Defendants.

Civil Action No.  09-CV-11116-PBS

**REDACTED**

**DECLARATION OF MARCO J. QUINA IN SUPPORT OF
DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Marco J. Quina, on oath, depose and say as follows:

I am an attorney at the law firm of Foley Hoag LLP, counsel to Defendant University of

Massachusetts.  I am a member in good standing of the bar of the Commonwealth of

Massachusetts and this Court.  I submit this declaration in support of Defendants' Memorandum

in Opposition to Plaintiffs' Motion for Partial Summary Judgment.

1.        Attached hereto as **Exhibit 1** is a true and correct copy of the September 23, 2010

email from Plaintiffs counsel to Defendants' counsel.  This email represents the first time

Plaintiffs produced to Defendants the complete, unredacted exhibits to the summary judgment

papers in *Max Planck v. Wolf Greenfield*.

2.      Attached hereto as **Exhibit 2** is a true and correct excerpt from the deposition of Torsten Mummenbrauer that took place on November 12, 2009.

3.      Attached hereto as **Exhibit 3** is a true and correct excerpt of the Expert Report of Timothy W. Nilsen, PhD., which was submitted in this case.

4.      Attached hereto as **Exhibit 4** is a true and correct excerpt from the deposition of Florian Beilhack that took place on December 2, 2009.

5.      Attached hereto as **Exhibit 5** is a true and correct excerpt from the deposition of Martin Mullins that took place on November 21, 2009.

6.      Attached hereto as **Exhibit 6** is a true and correct excerpt from the deposition of Monica Gerber that took place on November 11, 2009.

7.      Attached hereto as **Exhibit 7** is a true and correct excerpt from the deposition of Helen Lockhart that took place on November 24 and December 15, 2009.

8.      Attached hereto as **Exhibit 8** is a true and correct excerpt from the deposition of Joern Erselius that took place on December 4 and December 5, 2009.

9.      Attached hereto as **Exhibit 9** is a true and correct excerpt from the deposition of Thomas Tuschl that took place on November 19, 2009.

10.     Attached hereto as **Exhibit 10** is a true and correct excerpt from the deposition of Florian Beilhack that took place on  December 2, 2009.

11.     Attached hereto as **Exhibit 11** is a true and correct copy of the March 30, 2001 provisional patent application filed by Richard L. Schwaab, which has previously been marked as Deposition Exhibit 9.

12.     Attached hereto as **Exhibit 12** is a true and correct copy of the September 20, 2004 email from John Pratt to Joern Erselius, which has previously been marked as Deposition Exhibit 10.

13.     Attached hereto as **Exhibit 13** is a true and correct copy of the February 10, 2004 email from John Maraganore to Florian Beilhack, which has previously been marked as Deposition Exhibit 11.

14.     Attached hereto as **Exhibit 14** is true and correct copy of the June 4, 2004 letter from Joern Erselius to John Pratt, which has previously been marked as Deposition Exhibit 18.

15.     Attached hereto as **Exhibit 15** is a true and correct copy of the April 11, 2005 email from Helen Lockhart to Robert Murray, which has previously been marked as Deposition Exhibit 20.

16.     Attached hereto as **Exhibit 16** is a true and correct copy of the January 17, 2000 email from Thomas Tuschl to Phillip Zamore, which has previously been marked as Deposition Exhibit 37.

17.     Attached hereto as **Exhibit 17** is a true and correct copy of the January 31, 2000 email from Thomas Tuschl to Phillip Zamore, which has previously been marked as Deposition Exhibit 38. .

18.     Attached hereto as **Exhibit 18** is a true and correct copy of the February 1, 2000 email from Thomas Tuschl to Phillip Zamore, which has previously been marked as Deposition Exhibit 39.

19.     Attached hereto as **Exhibit 19** is a true and correct copy of the February 8, 2000 email from Thomas Tuschl to Phillip Zamore, which has previously been marked as Deposition Exhibit 40.

20. Attached hereto as **Exhibit 20** is a true and correct copy of the April 5, 2000 email from Thomas Tuschl to Phillip Zamore, which has previously been marked as Deposition Exhibit 50.

21. Attached hereto as **Exhibit 21** is a true and correct copy of the June 16, 2008 email from Barry Greene to Peter Gruss, which has previously been marked as Deposition Exhibit 68.

22. Attached hereto as **Exhibit 22** is a true and correct copy of the April 2004 Indemnification Agreement, which has previously been marked as Deposition Exhibit 122.

23. Attached hereto as **Exhibit 23** is a true and correct copy of the July 1, 2009 Amendment to the 2004 Indemnification Agreement, which has previously been marked as Deposition Exhibit 130.

24. Attached hereto as **Exhibit 24** is a true and correct copy of the June 1, 2009 Amendment to the 2004 Indemnification Agreement, which has previously been marked as Deposition Exhibit 131.

25. Attached hereto as **Exhibit 25** is a true and correct copy of the August 30, 2003 email from John Maraganore to David Bartel, which has previously been marked as Deposition Exhibit 142.

26. Attached hereto as **Exhibit 26** is a true and correct copy of the July 9, 2008 email from John Maraganore to Phillip Sharp, which has previously been marked as Deposition Exhibit 147.

27. Attached hereto as **Exhibit 27** is a true and correct copy of the June 30, 2005 email from Robert Millman to Helen Lockhart, which has previously been marked as Deposition Exhibit 196.

- 4 -

28.     Attached hereto as **Exhibit 28** is a true and correct copy of the June 3, 2006 email from Robert Millman to Thomas Digby, which has previously been marked as Deposition Exhibit 197.

29.     Attached hereto as **Exhibit 29** is a true and correct copy of the March 13, 2007 email from Robert Millman to Helen Lockhart, which has previously been marked as Deposition Exhibit 200.

30.     Attached hereto as **Exhibit 30** is a true and correct copy of the July 28, 2004 email from Joern Erselius to Helen Lockhart, which has previously been marked as Deposition Exhibit 214.

31.     Attached hereto as **Exhibit 31** is a true and correct copy of the September 17, 2004 email from Joern Erselius to John Pratt, which has previously been marked as Deposition Exhibit 215.

32.     Attached hereto as **Exhibit 32** is a true and correct copy of the January 19, 2005 email from Joern Erselius to Irene Abrams, which has previously been marked as Deposition Exhibit 217.

33.     Attached hereto as **Exhibit 33** is a true and correct copy of a chart, which has previously been marked as Deposition Exhibit 362.

34.     Attached hereto as **Exhibit 34** is a true and correct copy of the EP 00126325 application, which has previously been marked as Deposition Exhibit 390.

35.     Attached hereto as **Exhibit 35** is a true and correct copy of the article entitled "Double-Stranded RNA as a Template for Gene Silencing" by Brenda L. Bass, which has previously been marked as Deposition Exhibit 391.

36.     Attached hereto as **Exhibit 36** are true and correct excerpts of legal bills from Weickmann & Weickmann, portions of which have previously been marked as Deposition Exhibit 442.

37.     Attached hereto as **Exhibit 37** is a true and correct copy of the July 20, 2009 "Petition to Revoke Power of Attorney under 37 C.F.R. § 1.36(a)," which has previously been marked as Deposition Exhibit 444.

38.     Attached hereto as **Exhibit 38** is a true and correct copy of patent application 10/433,050, which has previously been marked as Deposition Exhibit 500.

39.     Attached hereto as **Exhibit 39** is a true and correct copy of patent application 09/821,832, which has previously been marked as Deposition Exhibit 542.

40.     Attached hereto as **Exhibit 40** is a true and correct copy of patent application PCT/US01/10188, which has previously been marked as Deposition Exhibit 543.

41.     Attached hereto as **Exhibit 41** is a true and correct copy of the January 23, 2007 letter from Shawna Vogel to Joern Erselius, which has previously been marked as Deposition Exhibit 582.

42.     Attached hereto as **Exhibit 42** is a true and correct copy of the October 25, 2004 email from John Maraganore to Irene Abrams, which has previously been marked as Deposition Exhibit 591.

43.     Attached hereto as **Exhibit 43** is a true and correct copy of the January 12, 2007 letter from Joern Erselius to Amina Hamzaoui, which has previously been marked as Deposition Exhibit 602.

44.     Attached hereto as **Exhibit 44** is a true and correct copy of the January 21, 2009 letter from Helen Lockhart to Monica Gerber, which has previously been marked as Deposition Exhibit 608.

45.     Attached hereto as **Exhibit 45** is a true and correct copy of the August 4, 2006 email from Irene Abrams to Lita Nelsen, which has previously been marked as Deposition Exhibit 635.

46.     Attached hereto as **Exhibit 46** is a true and correct copy of the February 23, 2008 email from Donna Ward to Helen Lockhart, which has previously been marked as Deposition Exhibit 719.

47.     Attached hereto as **Exhibit 47** is a true and correct copy of the June 17, 2009 email from Joern Erselius to Martin Mulls, which has previously been marked as Deposition Exhibit 754.

48.     Attached hereto as **Exhibit 48** is a true and correct copy of the license agreement dated September 8, 2003 between Sirna and the University of Massachusetts, which has previously been marked as Deposition Exhibit 793.

49.     Attached hereto as **Exhibit 49** is a true and correct copy of the July 26, 2004 letter from Helen Lockhart to Robert Murray, which has previously been marked as Deposition Exhibit 852.

50.     Attached hereto as **Exhibit 50** is a true and correct copy of the September 10, 2004 email from Robert Millman to Helen Lockhart, which has previously been marked as Deposition Exhibit 856.

51.     Attached hereto as **Exhibit 51** is a true and correct copy of the August 2, 2006 email from Thomas Tuschl to Helen Lockhart, which has previously been marked as Deposition Exhibit 909.

52.     Attached hereto as **Exhibit 52** is a true and correct copy of the November 2, 2009 30(b)(6) Notice to Max Planck, which has previously been marked as Deposition Exhibit 1000.

53.     Attached hereto as **Exhibit 53** is a true and correct copy of the February 18, 2004 fax from Anne Collins to Torsten Mummenbrauer, which has previously been marked as Deposition Exhibit 1001.

54.     Attached hereto as **Exhibit 54** is a true and correct copy of the March 18, 2004 letter from Gabriele Jakobi to Anne Collins, which has previously been marked as Deposition Exhibit 1002.

55.     Attached hereto as **Exhibit 55** is a true and correct copy of the December 10, 2008 email from Helen Lockhart to Monica Kitts, which has previously been marked as Deposition Exhibit 1003.

56.     Attached hereto as **Exhibit 56** is a true and correct copy of the December 19, 2008 letter from Helen Lockhart to Joern Erselius, which has previously been marked as Deposition Exhibit 1004.

57.     Attached hereto as **Exhibit 57** is a true and correct copy of the June 1, 2006 email from Helen Lockhart to Monica Kitts, which has previously been marked as Deposition Exhibit 1005.

58.     Attached hereto as **Exhibit 58** is a true and correct copy of the Corrected Affidavit of Joern Erselius, which has previously been marked as Deposition Exhibit 1007, without the attached exhibits.

59.     Attached hereto as **Exhibit 59** are true and correct excerpts of Fenwick & West LLP invoices produced by Alnylam in this case.

60.     Attached hereto as **Exhibit 60** is a true and correct copy of the June 30, 2004 Alnylam fact sheet, which has previously been marked as ALN0006712-13.

61.     Attached hereto as **Exhibit 61** is a true and correct copy of the November 18, 2003 fax from Torsten Mummenbrauer at Patricia Granahan, which has previously been marked as Deposition Exhibit 644.

62.     Attached hereto as **Exhibit 62** is a true and correct copy of declarations signed by the co-inventors in 2001, which has previously been marked as Deposition Exhibit 31.

63.     Attached hereto as **Exhibit 63** is a true and correct copy of the July 27, 2005 email Robert Millman and John Pratt, which has previously been marked as Deposition Exhibit 199.

64.     Attached hereto as **Exhibit 64** is a true and correct copy of the July 7, 2005 "Statement Filed pursuant to the Duty of Disclosure under 37 C.F.R. §§ 1.56, 1.97, and 1.98", which has previously been marked as Deposition Exhibit 19.

65.     Attached hereto as **Exhibit 65** is a true and correct copy of an April 18, 2008 email from Martin Mullins to Joern Erselius, which has previously been marked as Deposition Exhibit 224.

66.     Attached hereto as **Exhibit 66** is a true and correct copy of the June 28, 2004 letter from Chester Bisbee to Bernard Hertel, which has previously been marked as Deposition Exhibit 801.

67.      Attached hereto as **Exhibit 67** is a true and correct copy of the July 29, 2004 fax from Bernard Hertel to Chester Bisbee, which has previously been marked as Deposition Exhibit 13.

68.      Attached hereto as **Exhibit 68** is a true and correct copy of the September 7, 2004 letter from Helen Lockhart to Patricia Granahan, which has previously been marked as ALN0016408-24.

69.      Attached hereto as **Exhibit 69** is a true and correct copy of the Affidavit of Nancy J. Linck, Ph.D., ECF No. 13.

70.      Attached hereto as **Exhibit 70** is a true and correct copy of the Corrected Affidavit of Joern Erselius, ECF No. 26.

71.      Attached hereto as **Exhibit 71** is a true and correct copy of the Supplemental Declaration of Wolfgang Weiss, Ph.D., ECF No. 48.

72.      Attached hereto as **Exhibit 72** is a true and correct copy of this Court's September 1, 2009 Order, ECF No. 83.

73.      Attached hereto as **Exhibit 73** is a true and correct copy of the May 3, 2004 letter to Thomas Ittleson from Helen Lockhart, which was previously filed as Exhibit P to the Affidavit of Elizabeth K. Levine, filed in D. Mass. Civ. Action No. 1:09-CV-11168-PBS.

74.      Attached hereto as **Exhibit 74** is a true and correct copy of the December 17, 2009 letter from Timothy J. Dacey, which was previously filed as Exhibit SS to the Affidavit of Elizabeth K. Levine, filed in D. Mass. Civ. Action No. 1:09-CV-11168-PBS.

75.      Attached hereto as **Exhibit 75** is a true and correct copy of Plaintiffs' Objections and Responses to Defendants' First Set of Requests for Admission to Plaintiffs, dated December 15, 2009.

76.      Attached hereto as **Exhibit 76** is a true and correct copy of the December 1, 2000 email from Thomas Tuschl to Phillip Sharp, which has previously been marked as MIT-PS-0044887.

77.      Attached hereto as **Exhibit 77** is a true and correct copy of the portion of Alnylam's website describing its Board of Directors.

78.      Attached hereto as **Exhibit 78** is a true and correct copy of the July 14, 2009 Declaration of Patricia Granahan, ECF No. 36.

79.      Attached hereto as **Exhibit 79** is a true and correct copy of the July 21, 2008 email from Helen Lockhart, which has previously been marked as MIT-0002140 to 62.

80.      Attached hereto as **Exhibit 80** is a true and correct copy of the 2004 assignment of rights for the '050 application, which has previously been marked as MP0005057-58.

81.      Attached hereto as **Exhibit 81** is a true and correct copy of the July 29, 2004 email from Lita Nelsen to John Maraganore, which has previously been marked as WHITEHEAD-00022120.

82.      Attached hereto as **Exhibit 82** is a true and correct copy of the July 31, 2008 "Petition in Response to Petition to Revoke Power of Attorney under 37 C.F.R. § 1.36(a)", which has previously been marked as UMASS0001582-1608.

83.      Attached hereto as **Exhibit 83** is a true and correct copy of the July 13, 2009 affidavit of Helen C. Lockhart.

84.      Attached hereto as **Exhibit 84** is a true and correct copy of September 21, 2010 letter from Wolf Greenfield to Monica Gerber.

85.      Attached hereto as **Exhibit 85** is a true and correct excerpt of the June 2, 2010 hearing in this case.

- 11 -

86. Attached hereto as **Exhibit 86** is a true and correct excerpt from the deposition of Patricia Granahan that took place on November 17, 2009.

87. Attached hereto as **Exhibit 87** is a true and correct copy of the June 23, 2010 letter from Sandra Haberny to Glenn Pfadenhauer and Donald Ware.

88. Attached hereto as **Exhibit 88** is a true and correct copy of the Affidavit of Patricia Granahan filed in D. Mass. Civ. Action No. 1:09-CV-11168-PBS on March 12, 2010, without the accompanying exhibits.

89. Attached hereto as **Exhibit 89** is a true and correct copy of the September 14, 2010 decision of this Court in *Max Planck v. Wolf Greenfield*, Civ. Action No. 1:09-CV-11168-PBS.

90. Attached hereto as **Exhibit 90** are true and correct excerpts of the privilege log produced by Plaintiffs in this case.

91. Attached hereto as **Exhibit 91** is a true and correct copy of the June 4, 2004 letter from Robert Murray to John Pratt, which has previously been marked Deposition Exhibit 590.

92. Attached hereto as **Exhibit 92** is a true and correct copy of the May 11, 2010 Memorandum of Decision and Order on Plaintiffs' Motion to Compel, ECF No. 355.

93. Attached hereto as **Exhibit 93** is a true and correct copy of the assignments of rights for Provisional Application NO. 60/193,594 signed by Philip Sharp, Phillip Zamore, David Bartel, and Thomas Tuschl, which have previously been marked as Deposition Exhibit 504.

94. Attached hereto as **Exhibit 94** is a true and correct excerpt of the patent application for 60/193,594, the entirety of which was previously marked Deposition Exhibit 4.

95. Attached hereto as **Exhibit 95** is a true and correct excerpt of the patent application for 60/265,232, the entirety of which was previously marked Deposition Exhibit 30.

96.    Attached hereto as **Exhibit 96** is a true and correct copy of the June 1, 2001 letter

from the European Patent Office to Wolfgang Weiss, which has previously been marked

Deposition Exhibit 254.

97.    Attached hereto as **Exhibit 97** is a true and correct excerpt of an Office Action in

09/821,832, which has previously been marked as LAHIVE0001069-70.

Signed under penalty of perjury this 7th day of October, 2010.

                                        /s/ *Marco J. Quina*
                                        Marco J. Quina

## Certificate of Service

I, Marco J. Quina, hereby certify that a copy of the above document was served upon the
attorney of record for each of Plaintiffs Max-Planck-Gesellschaft Zur Förderung Der
Wissenschaften E.V., Max-Planck-Innovation GMBH, and Alnylam Pharmaceuticals, Inc. on
October 7, 2010, via e-mail.

                                        /s/ *Marco J. Quina*
                                        Marco J. Quina